**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-15-00202-CV**
_____

**JEREMIAH DEMARCUS KELLY, Appellant**

**V.**

**LISA CHAPMAN, Appellee**

**On Appeal from the 58th District Court**
**Jefferson County, Texas**
**Trial Cause No. A-194,035**

**MEMORANDUM OPINION**

The appellant, Jeremiah Demarcus Kelly, filed a motion to dismiss this appeal. In his motion, Kelly states that the parties have reached an agreement to settle and compromise their differences and appellant no longer desires to appeal the trial court's judgment. Appellant further states that costs on appeal should be taxed against the Appellant. No other party filed a notice of appeal. Appellant has complied with Texas Rule of Appellate Procedure 42.1(a)(1).

1

We grant the motion and dismiss the appeal. We tax costs on appeal against the appellant.

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on July 15, 2015
Opinion Delivered July 16, 2015

Before McKeithen, C.J., Kreger and Johnson, JJ.